# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2015

## NO.  03-14-00796-CV

**K. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on December 16, 2014.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.